TOM'S EXPRESS, INC., Appellant, v. BOWERS, Tax Commissioner, Appellee.

Board of Tax Appeals, Department of Taxation, State of Ohio.

No. 39469.   Decided August 21, 1959.

*Mrs. Helen A. Witherspoon* and *Mr. Donald R. Donell,* for appellant.

*Mr. Mark McElroy,* attorney general, *Mr. Joseph D. Karam* and *Mr. Alvin C. Vinopal,* assistant attorneys general, for appellee.

122

See, also, 83 Ohio Law Abs., 22. OS No. 36254. 170 Ohio St., 489, affirmed. For further history see *Omnibus Index* in bound volume.